UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRET T. ROGERS | § | Case No. 15-82718 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　Northern District of Illinois
　　　　　　　　　　Western Division
　　　　　　　　　　327 S. Church Street, Room 1100
　　　　　　　　　　Rockford, IL  61101
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/17/2016 in Courtroom 3100,
　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　327 S Church Street
　　　　　　　　　　Rockford IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/08/2016　　　　　　　　　　By: /S/ BERNARD J. NATALE
　　　　　　　　　　　　　　　　　　　　　　　　　　　TRUSTEE


*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                              §
                                    §
                                    §
BRET T. ROGERS                      §   Case No. 15-82718
                                    §
            Debtor                  §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 267,145.79 |
| and approved disbursements of | $ | 880.38 |
| leaving a balance on hand of[1] | $ | 266,265.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 16,607.29 | $ 0.00 | $ 16,607.29 |
| Trustee Expenses: BERNARD J. NATALE | $ 19.52 | $ 0.00 | $ 19.52 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 6,507.50 | $ 0.00 | $ 6,507.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 74.01 | $ 0.00 | $ 74.01 |
| Total to be paid for chapter 7 administrative expenses | | $ | 23,208.32 |
| Remaining Balance | | $ | 243,057.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 265,407.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Education Services | $ 5,109.77 | $ 0.00 | $ 4,679.47 |
| 2 | Capital One Bank (Usa), N.A. | $ 13,988.88 | $ 0.00 | $ 12,810.87 |
| 3 | American Express Bank, Fsb | $ 7,023.24 | $ 0.00 | $ 6,431.81 |
| 4 | American Express Bank, Fsb | $ 21,732.47 | $ 0.00 | $ 19,902.37 |
| 5 | Uline Shipping Supplies | $ 737.98 | $ 0.00 | $ 675.83 |
| 6 | Forreston State Bank F/K/A Kent Bank | $ 182,408.00 | $ 0.00 | $ 167,047.33 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 17,969.59 | $ 0.00 | $ 16,456.36 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | $ 10,443.78 | $ 0.00 | $ 9,564.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Citibank, N.A. | $ 3,432.83 | $ 0.00 | $ 3,143.75 |
| 11 | Citibank, N.A. | $ 2,290.62 | $ 0.00 | $ 2,097.73 |
| 12 | Greybeard Design Group | $ 270.00 | $ 0.00 | $ 247.27 |

Total to be paid to timely general unsecured creditors         $          243,057.09

Remaining Balance         $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /S/ BERNARD J. NATALE
                                TRUSTEE


*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# PROOF OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

The undersigned, being first duly sworn on oath deposes and states that she served the attached **Trustee's Final Report and Applications for Compensation** by placing a true and correct copy of said in each envelope, as per attached:

SEE MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECEIPT)**

That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 17th day of August, 2016

/s/ Valerie Newton

17th day of August, 2016

/s/   Denise M. Bennett
Notary Public

My commission expires July 15, 2018

National Education Services
200 West Monroe
Suite 700
Chicago IL 60606

Capital One Bank NA
P O Box 71083
Charlotte NC 282721083

American Express
% Becket & Lee LLP
P O Box 3001
Malvern PA 193550701

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie WI 53158

Forreston State Bank
% Stephen S Schmelzle
208 W Stephenson Street
Freeport IL 61032

PYOD LLC as assignee
Of Citibank NA
Resurgent Capital Services
P O Box 19008
Greenville SC 29602

Citibank NA
% Quantum 3 Group LLC
P O Box 280
Kirkland WA 980830280

Greybeard Design Group
1525 Highland Drive
Mount Shasta CA 96067

Mr. Bret T. Rogers
8275 E Bell Road #2151
Scottsdale AZ 85260

Attorney James Stevens
Barrick Switzer Long et al
6833 Stalter Drive
Rockford IL 61108

U S Trustee
780 Regent Street
Suite 304
Madison WI 53715