**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRET T. ROGERS | § | Case No. 15-82718 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 143,020.00          Assets Exempt: 5,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 243,057.09     Claims Discharged
                                                  Without Payment: 723,958.07

Total Expenses of Administration: 24,088.70

---

3) Total gross receipts of $ 267,145.79  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 267,145.79  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 435,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,088.70 | 24,088.70 | 24,088.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,373.00 | 5,110.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 257,235.00 | 447,815.16 | 265,407.16 | 243,057.09 |
| **TOTAL DISBURSEMENTS** | $ 701,608.00 | $ 477,013.86 | $ 289,495.86 | $ 267,145.79 |

4) This case was originally filed under chapter 7 on 10/29/2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2016          By:/s/BERNARD J. NATALE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INheritance from Mother's Passing | 1129-000 | 267,145.79 |
| **TOTAL GROSS RECEIPTS** | | **$ 267,145.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Forreston State Bank  996 W. Fairview Road  Freeport, IL 61032 | | 230,000.00 | NA | NA | 0.00 |
| | Forreston State Bank  996 W. Fairview Road  Freeport, IL 61032 | | 205,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 435,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 16,607.29 | 16,607.29 | 16,607.29 |
| BERNARD J. NATALE | 2200-000 | NA | 19.52 | 19.52 | 19.52 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 73.18 | 73.18 | 73.18 |
| Associated Bank | 2600-000 | NA | 666.24 | 666.24 | 666.24 |
| Rabobank, N.A. | 2600-000 | NA | 140.96 | 140.96 | 140.96 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 6,507.50 | 6,507.50 | 6,507.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 74.01 | 74.01 | 74.01 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,088.70 | $ 24,088.70 | $ 24,088.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Denise Rogers 231 North Greenfield Freeport, IL 61032 | | 0.00 | NA | NA | 0.00 |
| | Stephenson County Treasurer 50 W. Douglas, Suite 503 Freeport, IL 61032 | | 4,300.00 | NA | NA | 0.00 |
| | Stephenson County Treasurer 50 W. Douglas, Suite 503 Freeport, IL 61032 | | 5,073.00 | NA | NA | 0.00 |
| 9 | National Education Services | 5800-000 | NA | 5,110.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 9,373.00** | **$ 5,110.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096 | | 21,733.00 | NA | NA | 0.00 |
| | American Express Box 0001 Los Angeles, CA 90096 | | 7,024.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Auto Repair Specialists<br>3358 IL Route 26 S.<br>Freeport, IL 61032 | | 302.00 | NA | NA | 0.00 |
| | B & C Garage Door<br>1342 So. Harlem Avenue<br>Freeport, IL 61032 | | 100.00 | NA | NA | 0.00 |
| | Best Buy Credit Services<br>POB 688910<br>Des Moines, IA 50368 | | 3,433.00 | NA | NA | 0.00 |
| | Best Stainless Steel<br>250 Beinoris Drive<br>Wood Dale, IL 60191 | | 5,200.00 | NA | NA | 0.00 |
| | Brighton Best International<br>940 Enterprise Street<br>Aurora, IL 60504 | | 4,096.00 | NA | NA | 0.00 |
| | Brikksen, Inc.<br>POB 471318<br>Lake Monroe, FL 32747 | | 1,804.00 | NA | NA | 0.00 |
| | Cable Tie Express<br>15470 Endeavor Drive, #100<br>Noblesville, IN 46060 | | 125.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Mastercard<br>Capital One Bank<br>POB 6492<br>Carol Stream, IL 60197 | | 13,867.00 | NA | NA | 0.00 |
| | Chase Visa Cardmember Service<br>POB 15153<br>Wilmington, DE 19886 | | 5,659.00 | NA | NA | 0.00 |
| | Citi Cards<br>POB 78045<br>Phoenix, AZ 85062 | | 2,230.00 | NA | NA | 0.00 |
| | Citi Mastercard<br>POB 78045<br>Phoenix, AZ 85062 | | 17,900.00 | NA | NA | 0.00 |
| | Citi Mastercard<br>POB 78045<br>Phoenix, AZ 85062 | | 10,444.00 | NA | NA | 0.00 |
| | Comcast<br>POB 3001<br>Southeastern, PA 19398 | | 655.00 | NA | NA | 0.00 |
| | ComEd<br>POB 6111<br>Carol Stream, IL 60197 | | 149.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd<br>POB 61111<br>Carol Stream, IL 60197 | | 742.00 | NA | NA | 0.00 |
| | Crescent Manufacturing<br>700 George Washington Tpk<br>POB 1350<br>Burlington, CT 06013 | | 261.00 | NA | NA | 0.00 |
| | Cube Global<br>1966 Quincy Court<br>Glendale Heights, IL 60139 | | 605.00 | NA | NA | 0.00 |
| | Cutting Edge Services<br>8348 W. Babbs Grove Road<br>Pearl City, IL 61062 | | 225.00 | NA | NA | 0.00 |
| | Double D Express Inc.<br>POB 606<br>Peru, IL 61354 | | 361.00 | NA | NA | 0.00 |
| | eBay, Inc.<br>POB 2179<br>Carol Stream, IL 60132 | | 3,548.00 | NA | NA | 0.00 |
| | Elgin Fastener Group<br>26063 Network Place<br>Chicago, IL 60673 | | 974.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freeport Health Network FHN<br>Central Business Office<br>POB 268<br>Freeport, IL 61032 | | 5,617.00 | NA | NA | 0.00 |
| | Gary Bocker<br>10662 IL Route 64 West<br>Polo, IL 61064 | | 82,700.00 | NA | NA | 0.00 |
| | Gill's Freeport Disposal, Inc.<br>POB 553919<br>Detroit, MI 48255 | | 199.00 | NA | NA | 0.00 |
| | Greybeard Design Group<br>1525 Highland Drive<br>Mount Shasta, CA 96067 | | 270.00 | NA | NA | 0.00 |
| | Hillsdale Terminal<br>250 Industrial Drive<br>Hillsdale, MI 49242 | | 82.00 | NA | NA | 0.00 |
| | Impact Networking<br>75 Remittance Drive, Dept. 1820<br>Chicago, IL 60675 | | 264.00 | NA | NA | 0.00 |
| | Kanebridge Corp.<br>Lodk Box 8542<br>POB 8500<br>Philadelphia, PA 19178 | | 155.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lindstrom Metric<br>2950 100th Court N E<br>Minneapolis, MN 55449 | | 889.00 | NA | NA | 0.00 |
| | National Education<br>200 West Monroe Street, Suite 700<br>Chicago, IL 60606 | | 5,110.00 | NA | NA | 0.00 |
| | Nicor Gas<br>POB 5407<br>Carol Stream, IL 60197 | | 505.00 | NA | NA | 0.00 |
| | Nicor Gas<br>POB 5407<br>Carol Stream, IL 60197 | | 758.00 | NA | NA | 0.00 |
| | PayPal, Inc.<br>POB 45950<br>Omaha, NE 68154 | | 47,500.00 | NA | NA | 0.00 |
| | Radians, Inc.<br>5305 Distriplex Farms Drive<br>Memphis, TN 38141 | | 782.00 | NA | NA | 0.00 |
| | South Holland Metal Finishing<br>26100 South Whiting Way<br>Monee, IL 60449 | | 208.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Star Stainless POB 48043 Newark, NJ 07101 | | 4,600.00 | NA | NA | 0.00 |
| | Titan Fasteners 2627 Sidney Lanier Drive Brunswick, GA 31525 | | 1,233.00 | NA | NA | 0.00 |
| | Uline POB 88741 Chicago, IL 60680 | | 734.00 | NA | NA | 0.00 |
| | UPS Lockbox 577 Carol Stream, IL 60132 | | 3,247.00 | NA | NA | 0.00 |
| | Wejit Fastening Systems 110 Richads Avenue Ct 06834 , | | 750.00 | NA | NA | 0.00 |
| | Wright Away Trucking 500 South Main Street Stockton, IL 61085 | | 195.00 | NA | NA | 0.00 |
| 3 | American Express Bank, Fsb | 7100-000 | NA | 7,023.24 | 7,023.24 | 6,431.81 |
| 4 | American Express Bank, Fsb | 7100-000 | NA | 21,732.47 | 21,732.47 | 19,902.37 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 13,988.88 | 13,988.88 | 12,810.87 |
| 10 | Citibank, N.A. | 7100-000 | NA | 3,432.83 | 3,432.83 | 3,143.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Citibank, N.A. | 7100-000 | NA | 2,290.62 | 2,290.62 | 2,097.73 |
| 13 | Forreston State Bank F/K/A Kent Bank | 7100-000 | NA | 182,408.00 | 0.00 | 0.00 |
| 6 | Forreston State Bank F/K/A Kent Bank | 7100-000 | NA | 182,408.00 | 182,408.00 | 167,047.33 |
| 12 | Greybeard Design Group | 7100-000 | NA | 270.00 | 270.00 | 247.27 |
| 1 | National Education Services | 7100-000 | NA | 5,109.77 | 5,109.77 | 4,679.47 |
| 7 | Pyod, Llc As Assignee | 7100-000 | NA | 17,969.59 | 17,969.59 | 16,456.36 |
| 8 | Pyod, Llc As Assignee | 7100-000 | NA | 10,443.78 | 10,443.78 | 9,564.30 |
| 5 | Uline Shipping Supplies | 7100-000 | NA | 737.98 | 737.98 | 675.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 257,235.00 | $ 447,815.16 | $ 265,407.16 | $ 243,057.09 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-82718 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BRET T. ROGERS | | | | Date Filed (f) or Converted (c): | 10/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/23/2015 |
| For Period Ending: | 10/27/2016 | | | | Claims Bar Date: | 03/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3310 Illinois Route 26 South, Freeport, IL 61032 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 20.00 | 20.00 | | 0.00 | FA |
| 3. Savings | 3,000.00 | 1,500.00 | | 0.00 | FA |
| 4. Checking Account /U.S. Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. misc. furnishings | 1,800.00 | 600.00 | | 0.00 | FA |
| 6. Baseball collections 20,000 cards | 0.00 | 0.00 | | 0.00 | FA |
| 7. misc. clothing | 200.00 | 200.00 | | 0.00 | FA |
| 8. Two (2) term insurance policies with Prudential | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA | 1,400.00 | 0.00 | | 0.00 | FA |
| 10. BoltNet.net, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. INheritance from Mother's Passing | 0.00 | 0.00 | | 267,145.79 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $148,420.00      $2,320.00      $267,145.79      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO COMPLETE THE SALE OF THE DEBTOR'S RESIDUAL UNDIVIDED 1/2 INTEREST IN TRUST OF DECEASED MOTHER. CLAIMS TO BE EXAMINED.

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

| | | | | |
|---|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 | Exhibit 8 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 | |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 | |

Initial Projected Date of Final Report (TFR): 07/31/2017      Current Projected Date of Final Report (TFR): 12/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-82718 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | BRET T. ROGERS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8178 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5047 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 10/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $142,004.83 | | $142,004.83 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.85 | $141,963.98 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $211.01 | $141,752.97 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $203.95 | $141,549.02 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $73.18 | $141,475.84 |
| 06/07/16 | 11 | Geoffrey Rogers c/o Ehrmann, Gehlback, Badger, Lee & Considine, LLC 215 E. First Street Suite 100 Dixon, IL 61021 | Inheritance Purchase of debtor's interest in Judy Bocker's estate - real estate | 1129-000 | $125,000.00 | | $266,475.84 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $210.43 | $266,265.41 |
| 09/08/16 | 5002 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $16,626.81 | $249,638.60 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($16,607.29) 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($19.52) 2200-000 | | | |
| 09/08/16 | 5003 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $6,581.51 | $243,057.09 |

| | | | Page Subtotals: | | $267,004.83 | $23,947.74 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-82718 | Trustee Name: BERNARD J. NATALE |
| Case Name: BRET T. ROGERS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8178 |
| | Checking |
| Taxpayer ID No: XX-XXX5047 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/27/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. | ($6,507.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. | ($74.01) | 3120-000 | | | |
| 09/08/16 | 5004 | National Education Services<br>200 West Monroe<br>Suite 700<br>Chicago IL 60606 | Final distribution to claim 1 representing a payment of 91.58 % per court order. | | 7100-000 | | $4,679.47 | $238,377.62 |
| 09/08/16 | 5005 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 91.58 % per court order. | | 7100-000 | | $12,810.87 | $225,566.75 |
| 09/08/16 | 5006 | American Express Bank, Fsb<br>% Becket And Lee Llp<br>P O Box 3001<br>Malvern, Pa 19355-0701 | Distribution | | | | $26,334.18 | $199,232.57 |
| | | American Express Bank, Fsb | Final distribution to claim 3 representing a payment of 91.58 % per court order. | ($6,431.81) | 7100-000 | | | |
| | | American Express Bank, Fsb | Final distribution to claim 4 representing a payment of 91.58 % per court order. | ($19,902.37) | 7100-000 | | | |
| 09/08/16 | 5007 | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, Wi 53158 | Final distribution to claim 5 representing a payment of 91.58 % per court order. | | 7100-000 | | $675.83 | $198,556.74 |
| 09/08/16 | 5008 | Forreston State Bank F/K/A Kent Bank<br>C/O Stephen S. Schmelzle<br>208 W. Stephenson Street<br>Freeport, Il 61032 | Final distribution to claim 6 representing a payment of 91.58 % per court order. | | 7100-000 | | $167,047.33 | $31,509.41 |
| 09/08/16 | 5009 | Pyod, Llc As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | | $26,020.66 | $5,488.75 |
| | | Pyod, Llc As Assignee | Final distribution to claim 7 representing a payment of 91.58 % per court order. | ($16,456.36) | 7100-000 | | | |

Page Subtotals: $0.00   $237,568.34

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-82718 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | BRET T. ROGERS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8178 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5047 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 10/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc As Assignee | Final distribution to claim 8 representing a payment of 91.58 % per court order. | ($9,564.30) 7100-000 | | | |
| 09/08/16 | 5010 | Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Distribution | | | $5,241.48 | $247.27 |
| | | Citibank, N.A. | Final distribution to claim 10 representing a payment of 91.58 % per court order. | ($3,143.75) 7100-000 | | | |
| | | Citibank, N.A. | Final distribution to claim 11 representing a payment of 91.58 % per court order. | ($2,097.73) 7100-000 | | | |
| 09/08/16 | 5011 | Greybeard Design Group 1525 Highland Drive Mount Shasta, Ca 96067 | Final distribution to claim 12 representing a payment of 91.58 % per court order. | 7100-000 | | $247.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $267,004.83 | $267,004.83 |
| Less: Bank Transfers/CD's | $142,004.83 | $0.00 |
| Subtotal | $125,000.00 | $267,004.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,000.00 | $267,004.83 |

Page Subtotals: $0.00 $5,488.75

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-82718 | Trustee Name: BERNARD J. NATALE |
| Case Name: BRET T. ROGERS | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5047 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/27/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/16 | 11 | Bret T. Rogers<br>8275 E. Bell Road<br>#2151<br>Scottsdale, AZ 85260 | Proceeds from mother's life insurance | 1129-000 | $129,345.58 | | $129,345.58 |
| 02/15/16 | 11 | Pacific Life<br>700 Newport Center Drive<br>Newport Beach, CA 92660 | Death Benefit Payment | 1129-000 | $12,800.21 | | $142,145.79 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $140.96 | $142,004.83 |
| 02/24/16 | | Transfer to Acct # xxxxxx8178 | Transfer of Funds | 9999-000 | | $142,004.83 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $142,145.79 | $142,145.79 |
| Less: Bank Transfers/CD's | $0.00 | $142,004.83 |
| Subtotal | $142,145.79 | $140.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $142,145.79 | $140.96 |

| | | |
|---|---:|---:|
| Page Subtotals: | $142,145.79 | $142,145.79 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $142,145.79 | $140.96 | $0.00 |
| XXXXXX8178 - Checking | $125,000.00 | $267,004.83 | $0.00 |
| | $267,145.79 | $267,145.79 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $267,145.79 |
| Total Gross Receipts: | $267,145.79 |

Page Subtotals:    $0.00    $0.00