# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BRET T. ROGERS | § | Case No. 15-82718 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/29/2015. The undersigned trustee was appointed on 10/30/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 287,422.90 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 23,281.50 |
| Bank service fees | 807.20 |
| Other payments to creditors | 243,057.09 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 20,277.11 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/30/2016 and the deadline for filing governmental claims was 03/30/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 17,621.15 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 16,607.29 as interim compensation and now requests a sum of $ 1,013.86 , for a total compensation of $ 17,621.15 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 19.52 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 19.52 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2018                By: /s/BERNARD J. NATALE, TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-82718 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BRET T. ROGERS | | | | Date Filed (f) or Converted (c): | 10/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/23/2015 |
| For Period Ending: | 02/22/2018 | | | | Claims Bar Date: | 03/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3310 Illinois Route 26 South, Freeport, IL 61032 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 20.00 | 20.00 | | 0.00 | FA |
| 3. Savings | 3,000.00 | 1,500.00 | | 0.00 | FA |
| 4. Checking Account /U.S. Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. misc. furnishings | 1,800.00 | 600.00 | | 0.00 | FA |
| 6. Baseball collections 20,000 cards | 0.00 | 0.00 | | 0.00 | FA |
| 7. misc. clothing | 200.00 | 200.00 | | 0.00 | FA |
| 8. Two (2) term insurance policies with Prudential | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA | 1,400.00 | 0.00 | | 0.00 | FA |
| 10. BoltNet.net, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. INheritance from Mother's Passing | 0.00 | 0.00 | | 267,145.79 | FA |
| 12. IRA Distribution from Deceased Mother's Estate (u) | 20,000.00 | Unknown | | 20,277.11 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $168,420.00 | $2,320.00 | | $287,422.90 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO COMPLETE THE SALE OF THE DEBTOR'S RESIDUAL UNDIVIDED 1/2 INTEREST IN TRUST OF DECEASED MOTHER. CLAIMS TO BE EXAMINED.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 07/31/2017     Current Projected Date of Final Report (TFR): 12/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-82718 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BRET T. ROGERS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8178 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5047 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 02/22/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $142,004.83 | | $142,004.83 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.85 | $141,963.98 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $211.01 | $141,752.97 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $203.95 | $141,549.02 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $73.18 | $141,475.84 |
| 06/07/16 | 11 | Geoffrey Rogers c/o Ehrmann, Gehlback, Badger, Lee & Considine, LLC 215 E. First Street Suite 100 Dixon, IL 61021 | Inheritance Purchase of debtor's interest in Judy Bocker's estate - real estate | 1129-000 | $125,000.00 | | $266,475.84 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $210.43 | $266,265.41 |
| 09/08/16 | 5002 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $16,626.81 | $249,638.60 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.  ($16,607.29) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.  ($19.52) | 2200-000 | | | |
| 09/08/16 | 5003 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $6,581.51 | $243,057.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $267,004.83    $23,947.74

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-82718 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | BRET T. ROGERS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8178 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5047 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 02/22/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. | ($6,507.50) | 3110-000 | | |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. | ($74.01) | 3120-000 | | |
| 09/08/16 | 5004 | National Education Services 200 West Monroe Suite 700 Chicago IL 60606 | Final distribution to claim 1 representing a payment of 91.58 % per court order. | | 7100-000 | | $4,679.47 | $238,377.62 |
| 09/08/16 | 5005 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 91.58 % per court order. | 7100-000 | | $12,810.87 | $225,566.75 |
| 09/08/16 | 5006 | American Express Bank, Fsb % Becket And Lee Llp P O Box 3001 Malvern, Pa 19355-0701 | Distribution | | | $26,334.18 | $199,232.57 |
| | | American Express Bank, Fsb | Final distribution to claim 3 representing a payment of 91.58 % per court order. | ($6,431.81) | 7100-000 | | |
| | | American Express Bank, Fsb | Final distribution to claim 4 representing a payment of 91.58 % per court order. | ($19,902.37) | 7100-000 | | |
| 09/08/16 | 5007 | Uline Shipping Supplies 12575 Uline Drive Pleasant Prairie, Wi 53158 | Final distribution to claim 5 representing a payment of 91.58 % per court order. | 7100-000 | | $675.83 | $198,556.74 |
| 09/08/16 | 5008 | Forreston State Bank F/K/A Kent Bank C/O Stephen S. Schmelzle 208 W. Stephenson Street Freeport, Il 61032 | Final distribution to claim 6 representing a payment of 91.58 % per court order. | 7100-000 | | $167,047.33 | $31,509.41 |
| 09/08/16 | 5009 | Pyod, Llc As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $26,020.66 | $5,488.75 |
| | | Pyod, Llc As Assignee | Final distribution to claim 7 representing a payment of 91.58 % per court order. | ($16,456.36) | 7100-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $237,568.34

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-82718 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: BRET T. ROGERS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8178 |
| | Checking |
| Taxpayer ID No: XX-XXX5047 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/22/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc As Assignee | Final distribution to claim 8 representing a payment of 91.58 % per court order. | ($9,564.30) 7100-000 | | | |
| 09/08/16 | 5010 | Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Distribution | | | $5,241.48 | $247.27 |
| | | Citibank, N.A. | Final distribution to claim 10 representing a payment of 91.58 % per court order. | ($3,143.75) 7100-000 | | | |
| | | Citibank, N.A. | Final distribution to claim 11 representing a payment of 91.58 % per court order. | ($2,097.73) 7100-000 | | | |
| 09/08/16 | 5011 | Greybeard Design Group 1525 Highland Drive Mount Shasta, Ca 96067 | Final distribution to claim 12 representing a payment of 91.58 % per court order. | 7100-000 | | $247.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $267,004.83 | $267,004.83 |
| Less: Bank Transfers/CD's | $142,004.83 | $0.00 |
| Subtotal | $125,000.00 | $267,004.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,000.00 | $267,004.83 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-82718 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: BRET T. ROGERS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8962 |
| | Checking |
| Taxpayer ID No: XX-XXX5047 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/22/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/18 | 12 | Bret Rogers<br>8275 E. Bell Rd, #2151<br>Scottsdale, AZ 85260 | Inheritance | 1229-000 | $591.00 | | $591.00 |
| 02/12/18 | 12 | First State Bank Shannon-Polo<br>Shannon IL 61078 | Inheritance | 1229-000 | $19,686.11 | | $20,277.11 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,277.11 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,277.11 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,277.11 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-82718 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: BRET T. ROGERS | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5047 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/22/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/16 | 11 | Bret T. Rogers<br>8275 E. Bell Road<br>#2151<br>Scottsdale, AZ 85260 | Proceeds from mother's life insurance | 1129-000 | $129,345.58 | | $129,345.58 |
| 02/15/16 | 11 | Pacific Life<br>700 Newport Center Drive<br>Newport Beach, CA 92660 | Death Benefit Payment | 1129-000 | $12,800.21 | | $142,145.79 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $140.96 | $142,004.83 |
| 02/24/16 | | Transfer to Acct # xxxxxx8178 | Transfer of Funds | 9999-000 | | $142,004.83 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $142,145.79 | $142,145.79 |
| Less: Bank Transfers/CD's | $0.00 | $142,004.83 |
| Subtotal | $142,145.79 | $140.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $142,145.79 | $140.96 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $142,145.79    $142,145.79

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $142,145.79 | $140.96 | $0.00 |
| XXXXXX8178 - Checking | $125,000.00 | $267,004.83 | $0.00 |
| XXXXXX8962 - Checking | $20,277.11 | $0.00 | $20,277.11 |
|  | $287,422.90 | $267,145.79 | $20,277.11 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $287,422.90 |
| Total Gross Receipts: | $287,422.90 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-82718-TML  
Debtor Name: BRET T. ROGERS  
Claims Bar Date: 3/30/2016  

Date: February 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $17,621.15 | $17,621.15 |
| Tr Exp 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $19.52 | $19.52 |
| UNFILED 100 2820 | Stephenson County Treasurer<br>50 W Douglas Suite 503<br>Freeport IL 61032 | Administrative | | $0.00 | $9,373.00 | $9,373.00 |
| ADATTYFEES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $857.50 | $857.50 |
| Atty Fees 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $6,507.50 | $6,507.50 |
| Exp 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $74.01 | $74.01 |
| AATTY EXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Administrative | | $0.00 | $3.34 | $3.34 |
| UNFILED 150 6990 | Lindstrom Metric<br>2950 100th Court N E<br>Minneapolis MN 55449 | Administrative | | $0.00 | $889.00 | $889.00 |
| 9 280 5800 | National Education Services<br>200 West Monroe<br>Suite 700<br>Chicago IL 60606 | Priority | | $0.00 | $5,110.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-82718-TML  
Debtor Name: BRET T. ROGERS  
Claims Bar Date: 3/30/2016  
Date: February 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| UNFILED 300 7100 | Auto Repair Specialists<br>3358 IL Route 26 S<br>Freeport IL 61032 | Unsecured | | $0.00 | $302.00 | $302.00 |
| UNFILED 300 7100 | B&C Garage Door<br>1342 S Harlem Avenue<br>Freeport IL 61032 | Unsecured | | $0.00 | $100.00 | $100.00 |
| UNFILED 300 7100 | Best Buy Credit Services<br>P O Box 688910<br>Des Moines IA 50368 | Unsecured | | $0.00 | $5,200.00 | $5,200.00 |
| UNFILED 300 7100 | Best Stainless Steel<br>250 Beinoris Drive<br>Wood Dale IL 60191 | Unsecured | | $0.00 | $5,200.00 | $5,200.00 |
| UNFILED 300 7100 | Gary Bocker<br>10662 IL Route 64 West<br>Polo IL 61064 | Unsecured | | $0.00 | $82,700.00 | $82,700.00 |
| UNFILED 300 7100 | Brighton Best International<br>940 Enterprise Street<br>Aurora IL 60504 | Unsecured | | $0.00 | $4,096.00 | $4,096.00 |
| UNFILED 300 7100 | Brikksen Inc<br>P O Box 471318<br>Lake Monroe FL 32747 | Unsecured | | $0.00 | $1,804.00 | $1,804.00 |
| UNFILED 300 7100 | Cable Tie Express<br>15470 Endeavor Drive #100<br>Noblesville IN 46060 | Unsecured | | $0.00 | $125.00 | $125.00 |
| UNFILED 300 7100 | Chase Visa<br>Cardmember Services<br>P O Box 15153<br>Wilmington DE 19886 | Unsecured | | $0.00 | $5,659.00 | $5,659.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-82718-TML  
Debtor Name: BRET T. ROGERS  
Claims Bar Date: 3/30/2016  

Date: February 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| UNFILED 300 7100 | Comcast<br>P O Box 3001<br>Southeastern PA 19398 | Unsecured | | $0.00 | $655.00 | $655.00 |
| UNFILED 300 7100 | ComEd<br>P O Box 6111<br>Carol Stream IL 60197 | Unsecured | | $0.00 | $891.00 | $149.00 |
| UNFILED 300 7100 | Crescent Manufacturing<br>700 George Washington Trpk<br>P O Box 1350<br>Burlington CT 06013 | Unsecured | | $0.00 | $2,412.00 | $2,412.00 |
| UNFILED 300 7100 | Cube Global<br>1966 Quincy Court<br>Glendale Heights IL 60139 | Unsecured | | $0.00 | $605.00 | $605.00 |
| UNFILED 300 7100 | Cutting Edge Services<br>8348 W Babbs Grove Road<br>Pearl City IL 61062 | Unsecured | | $0.00 | $225.00 | $225.00 |
| UNFILED 300 7100 | Double D Express<br>P O Box 606<br>Peru IL 61354 | Unsecured | | $0.00 | $361.00 | $361.00 |
| UNFILED 300 7100 | Ebay Inc<br>P O Box 2179<br>Carol Stream IL 60132 | Unsecured | | $0.00 | $3,548.00 | $3,548.00 |
| UNFILED 300 7100 | Elgin Fastener Group<br>26063 Network Place<br>Chicago IL 60673 | Unsecured | | $0.00 | $974.00 | $974.00 |
| UNFILED 300 7100 | Freeport Health Network<br>FHN Central Business Office<br>P O Box 268<br>Freeport IL 61032 | Unsecured | | $0.00 | $5,617.00 | $5,617.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-82718-TML  
Debtor Name: BRET T. ROGERS  
Claims Bar Date: 3/30/2016  
Date: February 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| UNFILED 300 7100 | Gill's Freeport Disposal Inc | Unsecured | | $0.00 | $199.00 | $199.00 |
| UNFILED 300 7100 | Hillside Terminal<br>250 Industrial Drive<br>Hillsdale MI 49242 | Unsecured | | $0.00 | $82.00 | $82.00 |
| UNFILED 300 7100 | Impact Network<br>75 Remittance Drive<br>Dept 1820<br>Chicago IL 60675 | Unsecured | | $0.00 | $264.00 | $264.00 |
| UNFILED 300 7100 | Kanebridge Corp<br>Lockbox 8542<br>P O Box 8500<br>Phildelphia PA 19178 | Unsecured | | $0.00 | $155.00 | $155.00 |
| UNFILED 300 7100 | Nicor Gas<br>Bankruptcy Dept.<br>PO Box 549<br>Aurora, IL 60507 | Unsecured | | $0.00 | $1,263.00 | $1,263.00 |
| UNFILED 300 7100 | PayPal Inc<br>P O Box 45950<br>Omaha NE 68154 | Unsecured | | $0.00 | $47,500.00 | $47,500.00 |
| UNFILED 300 7100 | Radians Inc<br>5305 Distriplex Farms Drive<br>Memphis TN 38141 | Unsecured | | $0.00 | $482.00 | $482.00 |
| UNFILED 300 7100 | South Holland Metal Finishing<br>26100 South Whiting Way<br>Monee IL 60449 | Unsecured | | $0.00 | $208.00 | $208.00 |
| UNFILED 300 7100 | Star Stainless<br>P O Box 48043<br>Newark NJ 07101 | Unsecured | | $0.00 | $4,600.00 | $4,600.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-82718-TML
Debtor Name: BRET T. ROGERS
Claims Bar Date: 3/30/2016

Date: February 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| UNFILED 300 7100 | Titan Fasteners<br>2627 Sidney Lanier Drive<br>Brunswick GA 31525 | Unsecured | | $0.00 | $1,233.00 | $1,233.00 |
| UNFILED 300 7100 | UPS<br>Lockbox 577<br>Carol Stream IL 60132 | Unsecured | | $0.00 | $3,247.00 | $3,247.00 |
| UNFILED 300 7100 | Wejit Fastening Systems<br>110 Richads Avenue<br>CT 06834 | Unsecured | | $0.00 | $750.00 | $750.00 |
| UNFILED 300 7100 | Wright Away Trucking<br>500 South Main Street<br>Stockton IL 61085 | Unsecured | | $0.00 | $195.00 | $195.00 |
| 1 300 7100 | National Education Services<br>200 West Monroe<br>Suite 700<br>Chicago IL 60606 | Unsecured | | $0.00 | $5,109.77 | $5,109.77 |
| 2 300 7100 | Capital One Bank (USA), N.A.<br>American InfoSource LP<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $13,988.88 | $13,988.88 |
| 3 300 7100 | American Express Bank, Fsb<br>% Becket And Lee Llp<br>P O Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $7,023.24 | $7,023.24 |
| 4 300 7100 | American Express Bank, Fsb<br>% Becket And Lee Llp<br>P O Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $21,732.47 | $21,732.47 |
| 5 300 7100 | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, Wi 53158 | Unsecured | | $0.00 | $737.98 | $737.98 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:15-82718-TML  
Debtor Name: BRET T. ROGERS  
Claims Bar Date: 3/30/2016  

Date: February 22, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Forreston State Bank F/K/A Kent Bank C/O Stephen S. Schmelzle 208 W. Stephenson Street Freeport, Il 61032 | Unsecured | | $0.00 | $182,408.00 | $182,408.00 |
| 7 300 7100 | Pyod, Llc As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $17,969.59 | $17,969.59 |
| 8 300 7100 | Pyod, Llc As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $10,443.78 | $10,443.78 |
| 10 300 7100 | Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Unsecured | | $0.00 | $3,432.83 | $3,432.83 |
| 11 300 7100 | Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Unsecured | | $0.00 | $2,290.62 | $2,290.62 |
| 12 300 7100 | Greybeard Design Group 1525 Highland Drive Mount Shasta, Ca 96067 | Unsecured | | $0.00 | $270.00 | $270.00 |
| 13 300 7100 | Forreston State Bank F/K/A Kent Bank C/O Stephen S. Schmelzle 208 W. Stephenson Street Freeport, Il 61032 | Unsecured | | $0.00 | $182,408.00 | $0.00 |
| 6 400 4110 | Forreston State Bank F/K/A Kent Bank C/O Stephen S. Schmelzle 208 W. Stephenson Street Freeport, Il 61032 | Secured | Claim Amended | $0.00 | $41,599.00 | $0.00 |
| | Case Totals | | | $0.00 | $710,521.18 | $480,662.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-82718
Case Name: BRET T. ROGERS
Trustee Name: BERNARD J. NATALE, TRUSTEE

Balance on hand $ 20,277.11

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 17,621.15 | $ 16,607.29 | $ 1,013.86 |
| Trustee Expenses: BERNARD J. NATALE | $ 19.52 | $ 19.52 | $ 0.00 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 7,365.00 | $ 6,507.50 | $ 857.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 77.35 | $ 74.01 | $ 3.34 |

Total to be paid for chapter 7 administrative expenses $ 1,874.70

Remaining Balance $ 18,402.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 265,407.16 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 98.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Education Services | $ 5,109.77 | $ 4,679.47 | $ 354.30 |
| 2 | Capital One Bank (USA), N.A. | $ 13,988.88 | $ 12,810.87 | $ 969.94 |
| 3 | American Express Bank, Fsb | $ 7,023.24 | $ 6,431.81 | $ 486.97 |
| 4 | American Express Bank, Fsb | $ 21,732.47 | $ 19,902.37 | $ 1,506.85 |
| 5 | Uline Shipping Supplies | $ 737.98 | $ 675.83 | $ 51.17 |
| 6 | Forreston State Bank F/K/A Kent Bank | $ 182,408.00 | $ 167,047.33 | $ 12,647.54 |
| 7 | Pyod, Llc As Assignee | $ 17,969.59 | $ 16,456.36 | $ 1,245.95 |
| 8 | Pyod, Llc As Assignee | $ 10,443.78 | $ 9,564.30 | $ 724.14 |
| 10 | Citibank, N.A. | $ 3,432.83 | $ 3,143.75 | $ 238.02 |
| 11 | Citibank, N.A. | $ 2,290.62 | $ 2,097.73 | $ 158.82 |
| 12 | Greybeard Design Group | $ 270.00 | $ 247.27 | $ 18.71 |

Total to be paid to timely general unsecured creditors     $  18,402.41

Remaining Balance                                          $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE